UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

               -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      **-M-**    **( ) ( )**

                              Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___      Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer

*Ezra Spilke*      by counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Ezra Spilke*

_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

    3/12/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge